ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 21 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| UNITED STATES OF AMERICA | NO. |
|---|---|
| v. | 3-15CR-030-L |
| SHAUN WESLEY SKINNER | |

INDICTMENT

The Grand Jury charges:

Count One
Attempted Bank Robbery
(Violation of 18 U.S.C. § 2113(a))

On or about November 18, 2014, in the Dallas Division of the Northern District of Texas, **Shaun Wesley Skinner**, the defendant, did knowingly and intentionally attempt to take, by force and violence, and by intimidation, from the person and presence of another, namely, an employee of Wells Fargo Bank, 2222 McKinney Avenue, Dallas, Texas, United States currency belonging to and in the care, custody, control, management and possession of Wells Fargo Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

Count Two
Bank Robbery
(Violation of 18 U.S.C. § 2113(a))

On or about December 29, 2014, in the Dallas Division of the Northern District of Texas, **Shaun Wesley Skinner**, the defendant, did knowingly and intentionally take, by force and violence, and by intimidation, from the person and presence of another, namely, an employee of Chase Bank, 10321 Lake June Road, Dallas, Texas, United States currency belonging to and in the care, custody, control, management and possession of Chase Bank, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. § 2113(a).

## Forfeiture Notice
(18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c))

Upon conviction for the either of the offenses alleged in Counts One and Two of the indictment and pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), **Shaun Wesley Skinner**, the defendant, shall forfeit to the United States of America any property, real or personal, constituting or derived from proceeds traceable to the respective offense.

A TRUE BILL:

_Angela Beard_
FOREPERSON

JOHN R. PARKER
Acting United States Attorney

_Keith Robinson_
KEITH ROBINSON
Assistant United States Attorney
Texas State Bar No. 00788298
1100 Commerce, Third Floor
Dallas, TX 75242
Telephone: 214-659-8600
Facsimile: 214-659-8809
E-mail: keith.robinson2@usdoj.gov

Indictment - Page 3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

SHAUN WESLEY SKINNER

INDICTMENT

18 U.S.C. § 2113(a)
Attempted Bank Robbery

18 U.S.C. § 2113(a)
Bank Robbery

18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c)
Forfeiture Notice

2 Counts

A true bill rendered

_____
DALLAS                       *Angela Beard*                FOREPERSON

Filed in open court this 21st day of January, 2015

_____
                                                         Clerk

**WARRANT TO ISSUE: No Warrant to Issue – In Federal Custody**

_____
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE
3:14-MJ-835-BH